Ronald F. St. Hilaire, WSBA # 31713
Liebler, Connor, Berry & St. Hilaire
Attorneys for Plaintiff
1141 North Edison, Suite C
Kennewick, WA 99336
(509) 735-3581 (phone)
(509) 735-3585 (fax)

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF WASHINGTON

# RICHLAND DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York Mutual Insurance Company,<br><br>    Plaintiff-in-Interpleader,<br><br>v.<br><br>THOMAS ST. GEORGE; SHARON MARIE PIEL, as Personal Representative of the ESTATE OF SANDY LYNN ST. GEORGE; and JAN ARMSTRONG, as Guardian Ad Litem for N.S., J.S. and M.S.,<br><br>    Defendants-in-Interpleader. | No. CV-11-5153-LS<br><br>**ORDER DISMISSING ALL CLAIMS AND TRANSFERRING FUNDS** |

ORDER DISMISSING ALL CLAIMS AND
TRANSFERRING FUNDS - Page 1 of 3

# ORDERS

The parties having agreed and stipulated, and the Court being fully informed in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED

1. That this action shall be dismissed without prejudice; and

2. That the Clerk is directed to disburse all funds remaining with the Registry of this Court to the Benton County Superior Court Clerk, 7122 West Okanogan Place, Kennewick, WA  99336, Cause No. 11-4-00265-3, the Estate of Sandy Lynn St. George.

DATED this 10th day of April, 2012.

*s/Lonny R. Suko*

THE HONORABLE LONNY SUKO

Presented by:

| KUFFEL, HULTGRENN, KLASHKE, SHEA & ELLERD, LLP | ARMSTRONG, KLYM, WAITE, ATWOOD & JAMESON, P.S. |
|---|---|
| By _s/Timothy G. Klashke_____<br>Timothy G. Klashke, WSBA#19953<br>Attorneys for Estate of<br>Sandy Lynn St. George | By _s/Arthur D. Klym_____<br>Arthur D. Klym, WSBA#7839<br>Attorneys for Jan R. Armstrong,<br>GAL for N.S, J.S. and M.S. |

**ORDER DISMISSING ALL CLAIMS AND TRANSFERRING FUNDS - Page 2 of 3**

| | |
|---|---|
| AMOS R. HUNTER, P.S. | LIEBLER, CONNOR, BERRY & ST. HILAIRE |
| By _s/Amos R. Hunter_____<br>    Amos R. Hunter, WSBA#20846<br>    Attorneys for N.S., J.S. and M.S. | By __s/Ronald F. St. Hilaire_____<br>    Ronald F. St. Hilaire, WSBA#31713<br>    Attorneys for Thomas St. George |

**ORDER DISMISSING ALL CLAIMS AND TRANSFERRING FUNDS - Page 3 of 3**